AO 245B   (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: BRADLEY LANORD LOTT | Judgment — Page 2 of 7 |
| CASE NUMBER: 1:01-CR-0352-02 | |

## IMPRISONMENT

Pursuant to the Sentencing Reform Act of 1984, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  __151 months__ .

FILED
HARRISBURG, PA
MAR 1 - 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on __2-10-5__ to __@ COR__
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL