IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, 3RD CRT
HARRISBURG   DIVISION

FILED
APR 24 2006
PER
HARRISBURG, PA DEPUTY CLERK

UNTIED STATES OF AMERICA,

    PLAINTIFF,

vs.

                                       USDC No : 01-CR-0352-02
                                       JUDGE  : Sylvia Rambo

BRADLEY LANORD LOTT,

    DEFENDANT.

## MOTION FOR JAIL TIME CREDIT OR PRIOR CUSTODY CREDIT PURSUANT TO [18 U.S.C § 3585(b)]

COMES NOW, THE DEFENDANT, BRADLEY LANORD LOTT, PRO SE, HEREBY RESPECTFULLY MOVE THIS HONORABLE COURT TO GRANT DEFENDANT JAIL TIME CREDIT OR PRIOR CUSTODY CREDIT OF APPROXIMATELY 609 DAYS PURSUANT TO [18 U.S.C. § 3585(b)]; FOR THE FOLLOWING REASONS:

      1)    ON 04-08-2003, DEFENDANT WAS SENTENCED BY THIS COURT TO 151 MONTHS ON COUNT 1 OF DEFENDANT'S INDICTMENT FOR CONSPIRACY WITH INTENT TO DELIVER AN UNSPECIFIED AMOUNT OF CRACK COCAINE.

      2)    PRIOR TO 04-08-2003(SENTENCING DATE) DEFENDANT WAS IN OFFICIAL DETENTION OR DETAINED IN THE YORK COUNTY PRISON IN YORK , PENNSYLVANIA FROM 08-07-2001 TO 04-08-2003, APPROXIMATELY 609 DAYS; ON THE UNSPECIFIED AMOUNT OF CRACK COCAINE IN COUNT 1 OF DEFENDANT'S INDICTMENT.

WHEREFORE, THE DEFENDANT, BRADLEY LANORD LOTT, PRO SE, AVERS THIS HONORABLE COURT FOR AN ORDER GRANTING DEFENDANT JAIL TIME CREDIT OR PRIOR CUSTODY CREDIT OF 609 DAYS (FROM 08-07-2001 TO 04-08-2003).

                                  RESPECTFULLY SUBMITTED,

4-17-06
DATE

                                  BRADLEY LANORD LOTT (PRO SE)
                                  REGISTER NO: 11288-067

I DECLARE (CERTIFY, VERYIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

EXECUTED ON ___4-17-06___,2006.        [28 U.S.C § 1746].


BRADLEY LANORD LOTT (PRO SE)

CERTIFICATE OF SERVICE

I CERTIFY THAT I HAVE MAILED ONE(1) ORIGINAL, AND ONE(1) COPY OF THIS "MOTION FOR JAIL TIME CREDIT OR PRIOR CUSTDOY CREDIT PURSUANT [18 U.S.C. §3585(b)", PAGES 1 AND 2 TO:CLERK'S OFFICE, *UNITED STATES COURTHOUSE, P.O. BOX 983, 228 WALNUT ST, HARRISBURG, P.A 17108* BY PLACING SAME IN THE U.S POSTAL MAIL AT FPC BENNETTSVILLE, S.C.; VIA FIRST-CLASS, ON THIS *17* DAY OF *April* 2006.

BRADLEY LANORD LOTT (PRO SE)
REGISTER NO.: 11288-067
FCI BENNETTSVILE-SCP
P.O. BOX 52010
BENNETTSVILLE, S.C. 29512-5210

ATTN:   CLERK, COULD YOU PLEASE STAMP MY ENCLOSED EXTRA COPY OF THIS MOTION, AND RETURN TO
        ME IN THE ENCLOSED SELF-ADDRESSED ENVELOPE.

BRADLEY LANORD LOTT
#11288-067
FEDERAL CORRECTION INSTITUTION - CAMP
P.O. BOX 52010
BENNETTSVILLE, S.C. 29512-5210

United States Courtho
CLERK OF COURTS
P.O. BOX 983
HARRISBURG, PA