FILED
HARRISBURG, PA
MAY 2 2 2006
MARY E. D'ANDREA, CLERK
Per _____

IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | CRIMINAL NO. 1:CR-01-352-02 |
| vs. | : | |
| BRADLEY LANARD LOTT | : | JUDGE SYLVIA RAMBO |

---

MOTION FOR RECONSIDERATION OF MOTION FOR JAIL TIME CREDIT
OR PRIOR CUSTODY CREDIT PURSUANT TO [18 U.S.C. § 3585(b)]

---

COMES NOW, THE DEFENDANT, BRADLEY LANARD LOTT, PRO SE, HEREBY RESPECTFULLY MOVE THIS MOST HONORABLE COURT TO RECONSIDER GRANTING DEFENDANT JAIL TIME CREDIT OR PRIOR CUSTODY CREDIT OF APPROXIAMTELY 609 DAYS PURSUANT TO [18 U.S.C. § 3585(b)], FOR THE MORE FOLLOWING REASONS:

1) ON 04-08-2003. DEFENDANT WAS SENTENCED BY THIS HONORABLE COURT TO 151 MONTHS ON COUNT 1 OF DEFENDANT'S INDICTMENT FOR CONSPIRACY POSSESSION WITH INTENT TO DELIVER AN UNSPECIFIED AMOUNT OF CRACK COCAINE.

    a) THIS INDICTMENT CARRIED ANOTHER COUNT, COUNT 2, WHICH WAS POSSESSION WITH THE INTNET TO DELIVER AN UNSPECFIED AMOUNT OF CRACK COCAINE, WHICH WAS DROPPED DURING THE PLEA AGREEMENT HEARING. THE DEFENDANT'S COUNSEL, JOHN PHILLPOT, AGREE WITH THE COURTS TO DROP THE SECOND COUNT, WITHOUT FULLY EXPLAINING TO THE DEFENDANT THAT COUNT 1 COULD GET THE DEFENDANT A SUBSTANTIAL AMOUNT OF PRISON TIME. THE COUNSEL FOR THE DEFENDANT DIDN'T EXPLAIN FULLY TO THE DEFENDANT WHAT CONSPIRACY MEANT. THE COUNSEL WAS PAID FOR BY THE GOVERMENT(PUBLIC DEFENDER) AND THE DEFENDANT ALWAYS FELT, THAT THE COUNSEL WASN'T IN THE DEFENDANT'S BEST INTEREST. THE DEFENDANT FILED A MOTION TO WITHDRAWAL COUNSEL BUT WAS DENIED BY SYLVIA RAMBO. IT PROBALY WOULD BE GOOD TO HAVE THE DEFENDANTS PAST AND CURRENT MOTIONS REVIEWED BY ANOTHER JUDGE, IF THAT WAS POSSIBLE.

2) PRIOR TO 04-08-2003(SENTENCING DATE), DEFENDANT WAS IN OFFICIAL DETENTION OR DETAINED IN THE YORK COUNTY PRISON IN YORK, PENNSYLVANIA FROM 08-07-2001 TO 04-08-2003, APPROXIMATELY 609 DAYS: ON COUNTS 1 & 2, OF THE ORIGINAL INDICTMENT POSSESSION AND CONSPIRACY POSSESSION OF 50 OR MORE GRAMS OF CRACK COCAINE.

    a) THE ORCINIAL INDICTMENT WAS IN PLACE BEFORE THE DEFENDANT WAS CHARGE BY THE STATE, GRANTING THAT HE WAS IN ORIGINAL JURISDICTION OF THE UNTIED STATES DISTRICT COURT, BUT THE DEFENDANT WAS NEVER TOLD BY COUNSEL OR STATE AND FEDERAL COURTS WHICH JURISDICTION THE DEFENDANT WAS IN. THE U.S CONSTITUTION, PARTICULARLY THE DUE PROCESS CLAUSE, ALSO ESTABLISHES LIMITS ON THE JURISDICTON OF THE STATE COURTS. THESE DUE PROCESS LIMITATIONS TRADTIONALLY OPERATE IN TWO AREAS:




| DC-16E | COMMONWEALTH OF PENNSYLVANIA |
| SENTENCE STATUS SUMMARY | DEPARTMENT OF CORRECTIONS |

## 1. REFERENCES AND IDENTIFICATION

| DOC Number | Commitment Name | PBPP No | SID No | FBI Number | Phila Photo # |
|---|---|---|---|---|---|
| FK6328 | BRADLEY LOTT | | 25742800 | 521222KB8 | |
| Date of Birth | Place of Birth | | | Race | Sex |
| 05/26/1976 | EUSTIS  FL  USA | | | B | M |

## 2. SENTENCE SUMMARY

| Sent Date | County | Indictments | Sent Type | Minimum Y | Minimum M | Minimum D | Maximum Y | Maximum M | Maximum D |
|---|---|---|---|---|---|---|---|---|---|
| 06/04/2003 | YORK | CP4408/2001 | | 1 | 10 | | 3 | 8 | |
| Plea: Guilty | | OTN: L0977362 | Judge: KENNEDY, JOHN | | | | | | |
| Offense: | DRUG - MANUFACTURE/SALE/DELIVER OR POSSESS W/INTENT TO | | | | | | | | |
| 06/04/2003 | YORK | CP5468 CT 1/2001 | CC | 3 | | | 6 | | |
| Plea: Guilty | | OTN: H1819204 | Judge: KENNEDY, JOHN | | | | | | |
| Offense: | DRUG - MANUFACTURE/SALE/DELIVER OR POSSESS W/INTENT TO | | | | | | | | |
| 06/04/2003 | YORK | CP5468 CT 2/2001 | CC | 1 | | | 2 | | |
| Plea: Guilty | | OTN: H1819204 | Judge: KENNEDY, JOHN | | | | | | |
| Offense: | DRUG - MANUFACTURE/SALE/DELIVER OR POSSESS W/INTENT TO | | | | | | | | |
| 06/04/2003 | YORK | CP5468 CT 3/2001 | CC | 3 | | | 6 | | |
| Plea: Guilty | | OTN: H1819204 | Judge: KENNEDY, JOHN | | | | | | |
| Offense: | DRUG - MANUFACTURE/SALE/DELIVER OR POSSESS W/INTENT TO | | | | | | | | |
| 06/04/2003 | YORK | CP5468 CT 4/2001 | CC | 3 | | | 6 | | |
| Plea: Guilty | | OTN: H1819204 | Judge: KENNEDY, JOHN | | | | | | |
| Offense: | DRUG - MANUFACTURE/SALE/DELIVER OR POSSESS W/INTENT TO | | | | | | | | |

| Controlling Minimum Date | 08/24/2004 | | Reentered from Previous DOC#: | |
| Controlling Maximum Date | 08/24/2007 | | New Maximum - PV | |

**Non-Incarcerated Offenses**
Comments:

**Summary or Remarks on Sentence**



Exhibit 3

```
LORMJ   540*23  *           SENTENCE MONITORING          *    05-23-2005
PAGE 002        *           COMPUTATION DATA             *    13:32:22
                            AS OF 05-23-2005

REGNO..: 11288-067 NAME: LOTT, BRADLEY LANORD


------------------------------CURRENT COMPUTATION NO: 010 ----------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-09-2005 AT LOR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-11-2005
TOTAL TERM IN EFFECT............:   151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS       7 MONTHS
EARLIEST DATE OF OFFENSE........: 08-07-2001

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 592
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-27-2015
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-10-2017


PROJECTED SATISFACTION DATE.....: 12-27-2015
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: JUDGMENT SILENT AS TO RELATIONSHIP OF FEDERAL SENTENCE TO PA
                STATE SENTENCE. PURSUANT TO 18 USC 3584(A), FEDERAL SENTENCE
                WILL BE COMPUTED AS CONSECUTIVE. PAROLED FROM PA SENTENCE ON
                01-11-2005.




G0002       MORE PAGES TO FOLLOW . . .
```

CERTIFICATE OF SERVICE

I CERTIFY THAT I HAVE MAILED THIS "MOTION FOR RECONSIDERING JAIL TIME CREDIT OR PRIOR CUSTODY CREDIT PURSUANT TO [18 U.S.C. § 3585(b)], PAGES 1 & 2, EXHIBIT (a) & (b) TO: OFFICE OF THE CLERK, U.S. COURTHOUSE, 228 WALNUT STREET P.O. BOX 983, HARRISBURG, P.A. 17108, BY PLACING SAME IN THE U.S. POSTAL MAIL AT FPC BENNETTSVILLE, S.C.; VIA FIRST-CLASS, ON THIS 18 DAY OF May 2006.

BRADLEY LANARD TOTT (PRO SE)
REG. NO.: 11288067
FCI BENNETTSVILEE-SCP
PO BOX 52010
BENNETTSVILEE, S.C. 29512-5210

BRAD LOTT 11288067
FC.I. PO BOX 52010
BENNETTSVILLE, S.C. 29512-5210



FLORENCE SC 295
19 MAY 2006 PM 1 T

OFFICE OF THE CLERK
UNTIEB STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
PO BOX 983
HARRISBURG, PA 17108

17108+0383

LEGAL MAIL