TO:  OFFICE OF THE CLERK
     UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF PENNSYLVANIA
     U.S. COURTHOUSE
     228 WALNUT STREET
     P.O. BOX 983
     HARRISBURG, P.A. 17108

FROM: BRADLEY L. LOTT #11288-067
      FEDERAL PRISON CAMP - BENNETTSVILLE
      P.O. BOX 52010
      BENNETTSVILLE, S.C. 29512

FILED
HARRISBURG, PA

NOV 26 2007

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

INQUIRING TO RECEIVE FEDERAL DOCKET SHEET

CRIMINAL NO. 1:CR-01-352-02

-------------------------------------------------------------

I would like to receive the Federal Docket Sheet for Criminal Case No. 1:CR-01-352-02, from the date of August 7, 2001 to the Present (Nov. 16 2007).

-------------------------------------------------------------

THANK YOU,

Bradley L. Lott
BRADLEY L. LOTT
REG. #: 11288-067
FEDERAL PRISON CAMP
P.O. BOX 52010
BENNETTSVILLE, S.C. 29512

BRADLEY L. LOTT #11288-067
FPC P.O. BOX 52010
BENNETTSVILLE, S.C. 29512

FLORENCE SC 295
19 NOV 2007 PM 1 T

17108+0383

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, P.A. 17108