IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 1:CR-01-352-02** |
| v. : | |
| **BRADLEY LANORD LOTT** : | |

## O R D E R

      Before the court is a motion by Defendant entitled "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2)." **IT IS HEREBY ORDERED THAT:**

      1) The Clerk of Court shall serve upon the Government a copy of this order accompanied by the December 14, 2007 motion filed by Defendant.

      2) The Government shall respond to Defendant's motion no later than January 7, 2008.

      3) Defendant may file a reply to the Government's response within ten days of his receipt of the response.

                                                       s/Sylvia H. Rambo
                                                      SYLVIA H. RAMBO
                                                      United States District Judge

Dated: December 18, 2007.