IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:CR-01-352-02** |
| **v.** | : | |
| **BRADLEY LANORD LOTT** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the order of December 18, 2007 is stricken. The motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) is stayed until after March 3, 2008, the effective date of Amendment 706. A further order will issue following that date.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: December 18, 2007.