IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00352-02 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| BRADLEY LANORD LOTT | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, James V. Wade of the Federal Public Defender's Office, do hereby certify that Acting United States Attorney Martin C. Carlson, Esquire, filed a response to the foregoing Pro Se Motion for Reduction of Sentence Under 18 U.S.C. § 3582 (c) (2) noting Bradley Lott's eligibility for relief.

Date: March 17, 2008
　　　　　　　　　　　　　　　　*s/ James V. Wade*
　　　　　　　　　　　　　　　　JAMES V. WADE, ESQUIRE
　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　Attorney ID #PA33352
　　　　　　　　　　　　　　　　100 Chestnut Street, Suite 306
　　　　　　　　　　　　　　　　Harrisburg, PA 17101
　　　　　　　　　　　　　　　　Tel. No. (717) 782-2237
　　　　　　　　　　　　　　　　Fax No. (717) 782-3881
　　　　　　　　　　　　　　　　<James_Wade@fd.org>
　　　　　　　　　　　　　　　　*Attorney for Bradley Lanord Lott*