AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **BRADLEY LANORD LOTT** ) | Case No: 1:CR-01-352-02 |
| ) | USM No: 11288-067 |
| Date of Previous Judgment: April 8, 2003 ) | James V. Wade, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151  months **is reduced to**  121 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  34              Amended Offense Level:  32
Criminal History Category:  I            Criminal History Category:  I
Previous Guideline Range:  151 to 188 months    Amended Guideline Range:  121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

FILED
HARRISBURG, PA

MAR 18 2008

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

Except as provided above, all provisions of the judgment dated  April 8, 2003  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 18, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Sylvia H. Rambo, U.S. District Judge
Printed name and title